FILED
CLERK, U.S. DISTRICT COURT

SEP - 6 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>Cynthia Michele Bennett<br><br>　　　　　Defendant. | Case No.: ED 11341 M<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P. 32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Southern___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.　　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

• Unknown available bail resources
• Allegation violates terms of nor current pretrial release conditions

1

1   and/or

2   B.     ( )     The defendant has not met his/her burden of establishing by clear and

3                   convincing evidence that he/she is not likely to pose a danger to the

4                   safety of any other person or the community if released under 18

5                   U.S.C. § 3142(b) or (c).  This finding is based on the following:

6                   _____

7                   _____

8                   _____

9                   _____

10

11

12   IT THEREFORE IS ORDERED that the defendant be detained pending the further

13   revocation proceedings.

14

15   Dated:   9/6/11

16                                                   HONORABLE DAVID T. BRISTOW
                                                     United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

2